ABELSON HERRON HALPERN LLP
   Marc D. Halpern (State Bar No. 216426)
   Vincent H. Herron (State Bar No. 172290)
600 West Broadway, Suite 1060
San Diego, California 92101
Telephone: (619) 618-7000
Facsimile: (619) 618-7001
mhalpern@abelsonherron.com
vherron@abelsonherron.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)

| | |
|---|---|
| MILLENNIUM LABORATORIES, INC.,<br>        Plaintiff,<br>  v.<br>DARWIN SELECT INSURANCE COMPANY,<br>        Defendant. | Case No. 3:14-CV-00295-BAS-JLB<br><br>**JOINT STATUS REPORT AND NOTICE OF SETTLEMENT** |
| DARWIN SELECT INSURANCE CO.,<br>  and<br>ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.<br>        Counterclaim plaintiffs,<br>  v.<br>MILLENNIUM LABORATORIES, INC.,<br>        Counterclaim defendant. | |

On April 12, 2018, this Court issued an order continuing the stay in this matter, and ordered the parties to file a joint report with the Court by May 21, 2018. Plaintiff and Counterclaim Defendant Millennium Laboratories, Inc. ("Millennium"), Defendant and Counterclaim Plaintiff Darwin Select Insurance

1  Company ("Darwin"), and Counterclaim Plaintiff Allied World Assurance
2  Company (U.S.), Inc. ("AWAC") (collectively, the "Parties") now jointly report that
3  this matter has been settled.
4      The settlement between the parties has been documented and fully executed.
5  The parties anticipate filing a stipulated dismissal within 30 days, after the final term
6  of settlement before dismissal has been satisfied.

Dated:  May 15, 2018                    ABELSON HERRON HALPERN LLP

/s/ Marc D. Halpern
Marc D. Halpern
Vincent H. Herron
600 West Broadway, Suite 1060
San Diego, California 92101
Telephone: (619) 618-7000
Facsimile: (619) 618-7001
mhalpern@abelsonherron.com
vherron@abelsonherron.com

Attorneys for Plaintiff and
Counterclaim Defendant Millennium
Laboratories, Inc.

| | | |
|---|---|---|
| 1 | Dated: May 15, 2018 | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |
| 2 | | |
| 3 | | /s/ Ronald P. Schiller |
| | | Ronald S. Schiller |
| 4 | | Robert A. Wiygul |
| 5 | | One Logan Square, 27th Floor |
| | | Philadelphia, PA  19103 |
| 6 | | Telephone (215) 568-6200 |
| 7 | | Facsimile:  (215) 568-0300 |
| | | rschiller@hangley.com |
| 8 | | rwiygul@hangley.com |
| 9 | | |
| 10 | | Attorneys for Defendant and Counterclaim Plaintiff Darwin Select |
| 11 | | Insurance Company and Counterclaim Plaintiff Allied World |
| 12 | | Assurance Company (U.S.) Inc. |

**CERTIFICATE OF SERVICE**

I, Marc D. Halpern hereby certify that on May 15, 2018, the foregoing **NOTICE OF SETTLEMENT** was filed electronically with the Clerk of the Court using the CM/ECF system, which sent a Notification of Electronic Filing to the persons at the email addresses listed immediately below.  The foregoing document is available for viewing and downloading from the CM/ECF system.  Accordingly, pursuant to the Court's Local Rule 5.4(c), I caused the documents to be sent electronically from the CM/ECF system to the persons listed immediately below.

Ronald S. Schiller
Robert A. Wiygul
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA  19103
Telephone (215) 568-6200
Facsimile:  (215) 568-0300
rschiller@hangley.com
rwiygul@hangley.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2018, at San Diego, California.

/s/ Marc D. Halpern
Marc D. Halpern