|   |   |
|---|---|
| 1<br>2<br>3<br>4<br>5 | ABELSON HERRON HALPERN LLP<br>    Marc D. Halpern (State Bar No. 216426)<br>    Vincent H. Herron (State Bar No. 172290)<br>600 West Broadway, Suite 1060<br>San Diego, California  92101<br>Telephone:  (619) 618-7000<br>Facsimile:   (619) 618-7001<br>mhalpern@abelsonherron.com<br>vherron@abelsonherron.com |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)

| | |
|---|---|
| MILLENNIUM LABORATORIES, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>DARWIN SELECT INSURANCE COMPANY,<br><br>            Defendant. | Case No. 3:14-CV-00295-BAS-JLB<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |
| DARWIN SELECT INSURANCE CO.,<br>    and<br>ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.<br><br>            Counterclaim plaintiffs,<br><br>    v.<br><br>MILLENNIUM LABORATORIES, INC.,<br><br>            Counterclaim defendant. | |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterclaim Defendant Millennium Laboratories, Inc. ("Millennium"), Defendant and Counterclaim Plaintiff Darwin Select Insurance Company ("Darwin"), and Counterclaim Plaintiff Allied World Assurance Company (U.S.)

1  Inc. ("AWAC") (collectively, the "Parties") file this Joint Motion to Dismiss the
2  above-referenced action with prejudice, and request that the Court dismiss all of the
3  claims Millennium asserted against Darwin, and all of the counterclaims Darwin and
4  AWAC asserted against Millennium in the action with prejudice and without costs.
5  Each party to bear its own costs.

Dated:  June 1, 2018                    ABELSON HERRON HALPERN LLP

/s/ Marc D. Halpern
Marc D. Halpern
Vincent H. Herron
600 West Broadway, Suite 1060
San Diego, California 92101
Telephone: (619) 618-7000
Facsimile: (619) 618-7001
mhalpern@abelsonherron.com
vherron@abelsonherron.com

Attorneys for Plaintiff and
Counterclaim Defendant Millennium
Laboratories, Inc.

| | | |
|---|---|---|
| 1 | Dated: June 1, 2018 | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |
| 2 | | |
| 3 | | /s/ Ronald P. Schiller |
| | | Ronald S. Schiller |
| 4 | | Robert A. Wiygul |
| 5 | | One Logan Square, 27th Floor |
| | | Philadelphia, PA  19103 |
| 6 | | Telephone (215) 568-6200 |
| 7 | | Facsimile:  (215) 568-0300 |
| | | rschiller@hangley.com |
| 8 | | rwiygul@hangley.com |
| 9 | | |
| 10 | | Attorneys for Defendant and Counterclaim Plaintiff Darwin Select |
| 11 | | Insurance Company and Counterclaim Plaintiff Allied World |
| 12 | | Assurance Company (U.S.) Inc. |

(Line numbers 13–28 blank)

|    |                                                                                                        |
|----|--------------------------------------------------------------------------------------------------------|
| 1  | **CERTIFICATE OF SERVICE**                                                                             |
| 2  | I, Marc D. Halpern hereby certify that on June 1, 2018, the foregoing **JOINT**                        |
| 3  | **MOTION TO DISMISS WITH PREJUDICE** was filed electronically with the                                 |
| 4  | Clerk of the Court using the CM/ECF system, which sent a Notification of                               |
| 5  | Electronic Filing to the persons at the email addresses listed immediately below.                      |
| 6  | The foregoing document is available for viewing and downloading from the                               |
| 7  | CM/ECF system. Accordingly, pursuant to the Court's Local Rule 5.4(c), I caused                        |
| 8  | the documents to be sent electronically from the CM/ECF system to the persons                          |
| 9  | listed immediately below.                                                                              |
| 10 |                                                                                                        |
| 11 | Ronald S. Schiller                                                                                     |
| 12 | Robert A. Wiygul                                                                                       |
| 13 | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER                                                              |
| 14 | One Logan Square, 27th Floor                                                                           |
| 15 | Philadelphia, PA  19103                                                                                |
| 16 | Telephone (215) 568-6200                                                                               |
| 17 | Facsimile:  (215) 568-0300                                                                             |
|    | rschiller@hangley.com                                                                                  |
|    | rwiygul@hangley.com                                                                                    |
| 18 |                                                                                                        |
| 19 | I declare under penalty of perjury that the foregoing is true and correct.                             |
| 20 | Executed on June 1, 2018, at San Diego, California.                                                    |
| 21 |                                                                                                        |
| 22 | /s/ Marc D. Halpern<br>Marc D. Halpern                                                                 |