1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLENNIUM LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DARWIN SELECT INSURANCE COMPANY, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM | Case No.  14-cv-00295-BAS(JLB) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** <br><br> **[ECF No. 141]** |

Presently before the Court is the parties' joint motion to dismiss this action in its entirety with prejudice. (ECF No. 141.) Having read the moving papers, and good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES WITH PREJUDICE** this action. The parties shall bear their own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

**DATED:  June 4, 2018**

**Hon. Cynthia Bashant**
**United States District Judge**